# 974    CASES REPORTED WITH BRIEF SYLLABI.

decision. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

CHARLES D. BAKER, Respondent, v. EDWIN C. BRUEN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

CAROLINE BARNES, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

ANTHONY DANIELS, Respondent, v. J. EDWARD FITZGERALD, INC., Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $5,000, in which event the judgment, as so modified, and the order, are unanimously affirmed, without costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

ROBERT J. DE LAP, Respondent, v. HUGO STEARNS, Appellant.— Judgment and order reversed and new trial granted, with costs to abide the event. The contract on which plaintiff declared required him to perform all the work for the clearing of the land and that that work should be deemed complete when the area described shall be in a condition for plowing. As plaintiff declared upon the contract, he was bound to establish performance of its terms. A verdict in his favor necessarily involved the proposition that he had thus prepared the land. We think that the verdict was contrary to the evidence. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

MARY E. DE POLO, Respondent, v. MAIL & EXPRESS COMPANY and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

PHILIP DIAMOND, Respondent, v. LOUIS GOLDSTEIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

HARRY EISENBROCK, Appellant, v. EMMA EISENBROCK, Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

HARRY EISENBROCK, Appellant, v. EMMA EISENBROCK, Respondent. (Appeal No. 2.) — Order modified by providing that plaintiff be relieved from the payment of alimony from the date of the making of the motion appealed from, to wit, the 4th day of April, 1919, until the further order of this court; and as modified affirmed, without costs to either party as against the other. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

MAYER FELD, Respondent, v. HARRY RAAB and HARRY LICHTENSTEIN, Appellants, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

CLARENCE A. FOWLER, Respondent, v. CITY OF POUGHKEEPSIE, Appellant.— Judgment and order reversed and new trial granted, costs to abide